**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 33

**IP Address:** 108.29.201.157  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash: 8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-26-2021 00:19:53 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 2 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 10-18-2021 23:47:30 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 3 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 10-15-2021 02:57:00 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 4 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 10-15-2021 02:56:05 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 5 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-15-2021 02:55:11 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 6 | Info Hash: 81E09376DDB4DBE7806032952C003C92FD898CD4<br>File Hash: E0CB089B233AA916BFE9DA1BC9EAC94412020D3AA408A6A4CFB754964E5B9D8D | 09-17-2021 02:47:32 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 7 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-17-2021 02:45:01 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 8 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-14-2021 01:47:42 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 06-16-2021 22:54:36 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 10 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-22-2020 12:53:49 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 11 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 11-16-2020 23:05:33 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 12 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08-02-2020 00:32:26 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 13 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash: 90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 05-03-2020 00:28:04 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 14 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE<br>File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 05-02-2020 22:51:34 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 15 | Info Hash: CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E<br>File Hash: 1181540CAB4FF34D854A6BA2F0E26630D94A1F5AF1833D10805EC32865994DE8 | 04-04-2020 00:41:08 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 16 | Info Hash: 1E67DE039B64675913542CB2412BE54790434246<br>File Hash: 52B34909C34346822CB203A5241194E0FD0A3D8E477B85D4B52849B10EB7EBEF | 04-04-2020 00:39:57 | Blacked | 04-10-2017 | 06-15-2017 | PA0002037582 |
| 17 | Info Hash: 1487A26EAAAD70318258AB9F506506A8F293533A<br>File Hash: 4283223D091519ADD503FC14848913B14A73FFF97589D0051D013645158FF395 | 04-04-2020 00:36:57 | Blacked | 05-05-2017 | 06-15-2017 | PA0002037591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 04-04-2020 00:35:59 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 19 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash: C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 03-29-2020 02:31:23 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 20 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 03-22-2020 18:25:03 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 21 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02-11-2020 00:42:15 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |
| 22 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 02-04-2020 19:11:06 | Vixen | 06-03-2019 | 07-17-2019 | PA0002188305 |
| 23 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40<br>File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 01-16-2020 23:15:18 | Vixen | 06-23-2019 | 08-27-2019 | PA0002213299 |
| 24 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 01-15-2020 23:04:09 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 25 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-10-2020 23:41:23 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 26 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12-23-2019 23:53:19 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 892AC0EA6A2C5EE282AE707D4FDC1D3CE0031E90<br>File Hash: 5935F939E03EFE7B107E7A8EAD52D12413FEE21DF6710192553EB3815DCB4ECD | 12-03-2019 00:52:11 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 28 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 12-03-2019 00:48:33 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 29 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 12-03-2019 00:48:25 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 30 | Info Hash: 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40<br>File Hash: 4C72CBCC1B7497E6F34B38E21B9F50A882A31099F2ACC1630D2BCE192B09A97D | 12-03-2019 00:48:22 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |
| 31 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 11-01-2019 23:42:18 | Blacked | 08-28-2019 | 09-13-2019 | PA0002200704 |
| 32 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 11-01-2019 23:41:05 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 33 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 11-01-2019 23:40:38 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |